JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CASTILLO PERDOMO,<br><br>            Petitioner,<br><br>        v.<br><br>RAYMOND MADDEN, Warden,<br><br>            Respondent. | Case No. 2:17-cv-02282-JFW (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: November 19, 2018

                                             HONORABLE JOHN F. WALTER
                                             United States District Judge