UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CASTILLO PERDOMO,<br><br>                 Petitioner,<br><br>      v.<br><br>RAYMOND MADDEN, Warden,<br><br>                 Respondent. | Case No. 2:17-cv-02282-JFW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: November 19, 2018

                                             HONORABLE JOHN F. WALTER
                                             United States District Judge